**Dismissed and Opinion Filed January 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00925-CV**

**THAD F. BAKER A/K/A FRED BAKER, WOOD-JACKSON STREET PARCELS L.P., J.W. STREET MANAGEMENT, L.L.C., BAKER-HENRY PROPERTY, LTD/, CITY PARK-A-LOT, L.P, CITY INVESTMENTS, INC., PARKING COMPANY OF AMERICA-DALLAS, INC., PARKING COMPANY OF AMERICA-FORT WORTH, INC., PARKING SYSTEMS OF AMERICA I, L.P., APA PARKING, LLC, BRUCE W. WILLIAMS, BLACK WING I, LTD., AND BLACK WING, LLC, Appellants**

**V.**

**W. R. EDWARDS, JR., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-00003**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The Court has before it appellants' agreed motion to dismiss the appeal. The motion states that on December 19, 2014, the Bankruptcy Court entered an order granting the motion by the Trustee to approve the parties' Settlement Agreement and Compromise Order. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(a).

130925F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THAD F. BAKER A/K/A FRED BAKER, WOOD-JACKSON STREET PARCELS L.P., J.W. STREET MANAGEMENT, L.L.C., BAKER-HENRY PROPERTY, LTD/, CITY PARK-A-LOT, L.P, CITY INVESTMENTS, INC., PARKING COMPANY OF AMERICA-DALLAS, INC., PARKING COMPANY OF AMERICA-FORT WORTH, INC., PARKING SYSTEMS OF AMERICA I, L.P., APA PARKING, LLC, BRUCE W. WILLIAMS, BLACK WING I, LTD., AND BLACK WING, LLC, Appellants

No. 05-13-00925-CV        V.

W. R. EDWARDS, JR., Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-10-00003.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that each party bear its own costs of the appeal.

Judgment entered January 2, 2015.